**FILED**

MAR 31 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | CASE NO. 1:22 CR 144 |
| v. | ) | Title 18, United States Code, |
| DONTE FERGUSON, | ) | Sections 922(g)(1) and |
| | ) | 924(a)(2) |
| Defendant. | ) | |

**JUDGE BARKER**

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury charges:

1. On or about March 4, 2021, in the Northern District of Ohio, Eastern Division, Defendant DONTE FERGUSON, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Drug Trafficking, on or about July 8, 2009, in Case Number CR-08-519312, in Cuyahoga County Common Pleas Court; Felon in Possession of a Firearm, on or about July 20, 2015, in Case Number 1:14-CR-290, in Federal District Court, Northern District of Ohio; and Intimidation and Retaliation, on or about July 21, 2015, in Case Number CR-14-586873, in Cuyahoga County Common Pleas Court and knowingly possessed in and affecting interstate commerce firearms, to wit: a Glock, model 45, 9mm caliber semi-automatic pistol, bearing serial number BLAV976, and a Sig Sauer, model, P365, 9mm caliber semiautomatic pistol, bearing serial number 66A046106, and ammunition,

said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.