# POLICE DEPARTMENT
### CLEVELAND, OHIO
### DEPARTMENTAL INFORMATION

DIST: BSS    ZONE: Operation Legend                                                October 28th, 2021

EXAMINED BY _____ RANK_____          _____

FROM: Matthew Zone, Detective #1285          TO:  Christopher Mobley, Sergeant #9228

SUBJECT:  Donte Ferguson

COPIES TO:   Unit Files

Sir,

     Since my assignment to Operation Legend I have been participating in an ongoing investigation into the "Heartless Felons" criminal gang. Several neighborhood gangs within the City of Cleveland "fall under the umbrella" of the "Heartless Felons" criminal gang. With the "Heartless Felons" being the parental criminal gang, this allows the subset gangs to claim allegiance. Members of the "Heartless Felons" have been directly involved in committing a series of felony offenses under the Ohio Revised Code such as Murder, Aggravated Robbery, Felonious Assault, Weapon Offenses, Drug Offenses, and other Assaults. Members of the "Heartless Felons" and their associates commit various acts, such as trafficking narcotics and money laundering, to generate income for the criminal gang. As part of this ongoing investigation, numerous social media accounts from Instagram have been monitored and documented over time as part of the investigation into the "Heartless Felons" criminal gang. Members of the criminal gang continuously post gang related content to these social media accounts, including but not limited to tributes to deceased and/or incarcerated gang members, proclamations of being a gang member, and clothing that displays "Heartless Felons" symbols.

     During the month of September 2021, I located the Instagram account **"chief_and_commander"**. The user of this Instagram account listed their name as "1208 Goat/President". 1208 stands for "Land of the Heartless" AKA "LOH" with L being the 12th letter of the alphabet and H being the 8th letter. "Land of the Heartless" AKA "LOH" AKA "1208" is a known branch of the "Heartless Felons". Upon viewing the Instagram account **"chief_and_commander"** I was able to identify the user of the account as **Donte Ferguson AKA "Iceberg Ferg"**. **Donte Ferguson** is one of the original founders of the "Heartless Felons" criminal gang. **Ferguson** has both Federal convictions and felony convictions in Cuyahoga County which prohibit him from possessing firearms.

     While monitoring **Ferguson's** Instagram account I observed that he had a previously recorded Instagram Live video saved to his account. Instagram Live is a feature within Instagram that lets you broadcast video to your followers in real-time. The Instagram Live broadcast depicted **Donte Ferguson** shooting firearms at a gun range. Based on prior investigative experience, I immediately recognized the gun range to be **Parma Armory located at 5301 Hauserman Rd., Cleveland, OH 44130.** Furthermore, the Instagram Live video was dated in the upper left hand corner of the video as being recorded on March 4th. Due to **Donte Ferguson's** criminal history, he is prohibited from being in possession of firearms.

# POLICE DEPARTMENT
### CLEVELAND, OHIO
### DEPARTMENTAL INFORMATION

DIST: BSS    ZONE: Operation Legend                                October 28th, 2021

EXAMINED BY _____ RANK_____    _____

FROM: Matthew Zone, Detective #1285        TO: Christopher Mobley, Sergeant #9228

SUBJECT: Donte Ferguson

COPIES TO: Unit Files

___

On September 11th, 2021, I responded to Parma Armory where I conferred with a staff member. I provided the staff member with **Donte Ferguson's** name and asked if they had any record of him being at their armory on March 4th, 2021. Parma Armory requires all individuals who enter their facility to digitally sign-in. The digital sign-in also captures a photograph of the individual signing in. Furthermore, Parma Armory requires a second digital sign-in for individuals who enter the gun range to shoot firearms. The Parma Armory staff member informed me that **Donte Ferguson** did in fact sign in on March 4th, 2021. The staff member printed me records of **Donte Ferguson** signing in to both their facility and their gun range, and photos were captured of him both times. In both digital sign-in photos, **Donte Ferguson** was wearing the same clothing that he is wearing in the Instagram Live video. When **Donte Ferguson** first signed into the facility he used his real name of **Donte Ferguson**, a phone number of (216) 816-3247, his real date of birth September 6th, 1985, and an address of 15504 Holmes. However, when **Ferguson** signed in the second time to enter the gun range he used a fake name of "James Brookes", an incorrect phone number of 21765443, an incorrect date of birth of February 2nd, 1985, and an incorrect address of 13404 Saybrook Ace, Holes, OH 44110. I believe **Donte Ferguson** provided this false information while signing in to the gun range since he is prohibited from being in possession of firearms. Parma Armory printed out copies of this information and I placed it into my case file.

The Parma Armory staff member further informed me that **Donte Ferguson** was accompanied by a female named **Shalay Morris** who provided a date of birth of September 25th, 1987, an address of 2477 E. 59th Street Unit 3, Cleveland, OH, and a phone number of (216) 501-8682. Using the sign-in photograph and information provided by **Morris** I was able to positively identify her as **Shalay Morris** (DOB 09/25/1987).

The Parma Armory staff member informed me that **Shalay Morris** rented two firearms on March 4th, 2021 when she was with **Donte Ferguson**: a Glock 45 9mm S/N #BLAV976 and a Sig Sauer P365 9mm S/N #66A046106. The Parma Armory staff member informed me 50 rounds were fired from each firearm for a total of 100 rounds. I then showed the Instagram Live of **Donte Ferguson** to the Parma Amory staff member who identified two of three firearms **Donte Ferguson** had in his possession as the Glock 45 and Sig Sauer P365 mentioned above. The staff member stated he was able to identify these firearms due to his expertise in firearms and the fact that Parma Armory puts red tape around the trigger guard of all firearms they rent out.

The third firearm that **Donte Ferguson** is seen with in the video does not have red tape around the trigger guard indicating that it was not rented from Parma Armory, and either **Donte Ferguson** or **Shalay Morris** brought

# POLICE DEPARTMENT
### CLEVELAND, OHIO
### DEPARTMENTAL INFORMATION

DIST:  BSS    ZONE: Operation Legend                                      October 28th, 2021

EXAMINED BY _____RANK_____         _____

FROM: Matthew Zone, Detective #1285          TO:  Christopher Mobley, Sergeant #9228

SUBJECT:  Donte Ferguson

COPIES TO:   Unit Files

it themselves. The Parma Armory staff member and I both immediately recognized this third firearm to be a Hi-Point firearm due to their unique shape and size.

I later researched **Shalay Morris** through the Law Enforcement Records Management System (LERMS) and observed **Morris** made a Theft Report with the Cleveland Police on March 22nd, 2021 (Cleveland Police Report No. 2021-082793). In this police report, **Shalay Morris** states two firearms were stolen from her unlocked vehicle. One of the two firearms stolen was a Hi-Point CF-380 S/N #P8178194. After researching Hi-Point CF-380 firearms I observed it was an exact match (no color listed in the report) to the Hi-Point **Donte Ferguson** had with him at Parma Armory on March 4th, 2021, while he was in the company of **Shalay Morris**. Based off of these findings I believe, **Donte Ferguson** was shooting the Hi-Point CF-380 S/N #P8178194 owned by **Shalay Morris** and it was also provided to him by **Shalay Morris**.

The Parma Armory staff member further advised me that on March 19th, 2021, **Shalay Morris** returned to Parma Armory and purchased two firearms: a Glock 21 S/N #BSLN357 and a Smith & Wesson 380 Shield EZ M2.0 S/N #NJY9998.

- The Parma Armory staff member's identity was kept anonymous in this report due to Donte Ferguson's history of retaliation, and members of the "Heartless Felons" being known to target witnesses and victims.

- The facts of this investigation will be presented to an AUSA at a later date.

Respectfully,

_____
Detective Matthew Zone #1285
Cleveland Division of Police
Operation Legend
FBI Safe Streets Gang Task Force
mzone@clevelandohio.gov