

## CLEVELAND DIVISION OF POLICE
### FIELD CASE REPORT    CASE# 2022-00139184

### NARRATIVE

### FELONIOUS ASSAULT (SHOOTING)

On 05/19/2022, while assigned to Z/C 5B14, accompanied by P.O. Taylor #2388, we received a radio assignment to respond to 14208 Darwin for a report of a male shot. Below are the details of the incident.

Members of 5B13 P.O. Payne #900 and P.O. Renshaw #413 arrived on scene and located a male, later identified as Donte Ferguson (Victim), who had been shot. Victim was located in the back hallway of the residence. While on scene, an unknown male, who remained anonymous, told members of 5B13 that he had heard gunshots and then observed a dark colored Buick Lacrosse leaving the scene, E/B on Darwin toward E. 152 St. The male then stated that he saw a male running in the street yelling that he had been shot. It is unclear which direction the vehicle turned on E. 152. Members of 5B13 then located six shell casings at 14319 Darwin. They then collected the casings per 5S14 Sgt. Henderson #9293, and were entered into evidence at the Fifth District, Page 113 Line 29. Members of 5B13 also located the victim's vehicle, a white 2022 Mitsubishi Outlander, bearing Ohio temp tag N225476, which had 3 bullet holes in the Driver's side doors of the vehicle. The victim's vehicle was process towed to Lot 2, VIU 9146, by members of 5B13. RTCC did not observed a blue Buick Lacrosse on the cameras located at E. 152 St. & Westropp. Victim was conveyed to UH Main by Med 31.

We responded to UH Main Campus to confer with the victim, Donte Ferguson. Upon our arrival, the victim was taken into trauma care with Dr. Nash as the attending physician. We were then able to confer with the victim, who was extremely uncooperative, refusing to give information, and not wanting a report. The victim had suffered gunshot wounds to his left ankle, right hip, and his lower back/buttocks. Victim states that he arrived on Darwin to look at a house to buy, and was meeting a realtor. Victim would not provide the address for the house he wanted to buy or the name of a realtor. He then said he was standing on the street, next to his car, when he was shot. He stated the suspect had "super powers" because he "just popped up" out of nowhere. Victim said he did not recognize the shooter, know the shooter, or know why he was being shot at. Victim states he was not involved in any transaction at this location and that he has not had any arguments or incidents that would lead to this shooting.

We then asked why the victim ran from where he was shot to the house he ran to, which he kicked in the back door (Ref CAD# 2022-139223). Victim stated that there was no reason why he specifically went to that house and stated he does not know who lives there. He said that he grew up in the area and was looking for a place to hide and someone to help him.

*Conf with 5S14 Sgt. Henderson #9293.
*Victim conv to UH by Med 31.
*Dr. Nash, attending ER physician.
*Evidence collected and entered at D5 Pg. 113 Ln. 29.
*RTCC Notified.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1031 Polocy | 05/19/2022 | Henderson, Lance Mandell | 05/19/2022 |



# CLEVELAND DIVISION OF POLICE
## FIELD CASE REPORT

CASE# **2022-00139184**

### NARRATIVE (continuation)

*C/W CAD 2022-139223.
*Vehicle Process Tow to Lot 2 VIU 9146.
*Respectfully request 5th District Detective Bureau to follow up.

| REPORTING OFFICER | DATE | REVIEWED BY | |
|---|---|---|---|
| 1031 Polocy | 05/19/2022 | Henderson, Lance Mandell | 05/19/2022 |